UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy Case |
| THEODORE R. BLAND, JR. | ) | No. 19-33815 |
| | ) | |
| Debtor. | ) | |

## RESIGNATION OF TRUSTEE

I, BRUCE H. MATSON, do hereby resign as Interim Trustee for the above referenced case.

October 4, 2019                    /s/ Bruce H. Matson
Date                               Bruce H. Matson, Trustee